The petitioner relies exclusively on the affidavit of Drenda Percival for his factual showing that the materials in the file are privileged. Percival's only description of the file or its contents is that the file
 "was the medical staff credentials file regarding the hospitals credentialing of Dr. Radha Krothapalli and the nature and scope of his privileges to practice medicine at Baptist Medical Center South. Baptist considers the contents of the file to be confidential pursuant to *Page 840 
Section 22-21-8 of the Code of Alabama, 1975."
First, the utterly conclusory claims of "credentials" and "credentialing" do not constitute any factual showing at all and therefore do not support or justify our undertaking our own incamera review of these documents or our issuing a writ of mandamus. Second, "the nature and scope of [Dr. Krothapalli's] privileges to practice medicine at Baptist Medical Center South" cannot be a secret at all, much less a privileged secret.